MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent, v. GURNEY REALTY COMPANY, Appellant, and Others, Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KILGALLON, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Auburn, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of WALTER L. ORSZULAK, an Attorney and Counselor at Law.— Order entered upon resignation striking name of attorney from Roll of Attorneys and Counselors at Law. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Petition of MOLLIE BICKEL against an Attorney.— Order of reference entered. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

MARTHA KLINK, Appellant, v. LAWRENCE SZALKOWSKI, Respondent.— Motion for leave to appeal as a poor person denied, with leave to renew. Memorandum: The papers before us fail to show merits inasmuch as the motion, on which the order appealed from was granted, was to vacate an order of dismissal and to restore the case to the calendar thus being substantially a motion for a rehearing from which an independent appeal does not lie. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.